**EXHIBIT 1**

## Escuela Evangélica Unida de Fajardo
P.O. BOX 807
FAJARDO, PUERTO RICO 00738
TEL. 863-4180

S. S. #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

### CERTIFICADO DE CREDITOS DE ESCUELA SECUNDARIA

(1) ESCUELA Evangélica Unida DE Fajardo

Por la presente certifico que Hernández Robles, Eduardo ha completado el estudio de las siguientes asignaturas con los resultados más abajo indicados:

| Asignaturas | Tiempo (2) a | b | c | (3) Notas de promoción | (4) Unidades | Fecha de la aprobación de los créditos | Asignaturas | Tiempo (2) a | b | c | (3) Notas de promoción | (4) Unidades | Fecha de la aprobación de los créditos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inglés 10 | | | | A | A | 1 | 2001-2002 | Ciencias Naturales | | | | | | |
| 11 | | | | A | A | 1 | 2002-2003 | Biología | | | | A | A | 1 | 2001-2002 |
| 12 | | | | A | | | 2003-2004 | Química | | | | A | A | 1 | 2002-2003 |
| | | | | | | | | Física | | | | A | | | 2003-2004 |
| Español 10 | | | | B | B | 1 | 2001-2002 | | | | | | | | |
| 11 | | | | A | B | 1 | 2002-2003 | | | | | | | | |
| 12 | | | | B | | | 2003-2004 | Matemáticas | | | | | | | |
| | | | | | | | | Algebra | | | | A | B | 1 | 2001-2002 |
| | | | | | | | | Geometría | | | | B | B | 1 | 2002-2003 |
| Idiomas Extranjeros | | | | | | | | Mat. Gen. | | | | B | | | 2003-2004 |
| | | | | | | | | Algebra II | | | | B | | | 2003-2004 |
| | | | | | | | | Etica | | | | A | A | 1 | 2001-2002 |
| | | | | | | | | Etica | | | | A | A | 1 | 2002-2003 |
| | | | | | | | | Etica | | | | A | | | 2003-2004 |
| Estudios Sociales | | | | | | | | | | | | | | | |
| Hist. P. R. | | | | A | A | 1 | 2001-2002 | Computadora | | | | A | A | 1 | 2001-2002 |
| Hist. E. U. | | | | A | A | 1 | 2002-2003 | | | | | | | | |
| Des. Const. | | | | A | | | 2003-2004 | Salud | | | | A | A | 1 | 2001-2002 |
| | | | | | | | | Salud | | | | A | A | 1 | 2002-2003 |

NUMERO TOTAL DE UNIDADES _____

(1) Indique tipo de escuela — Intermedia o Superior.
(2) Tiempo— a. Núm. de semanas; b. Núm. de clases a la semana; c. Duración del período.
(3) Notas— A-indica trabajo excelente; B-bueno; C-regular; D-deficiente; F-NO ha aprobado la asignatura.
(4) Unidades— Se requiere un total de 12 y 13 unidades para graduarse del curso general.

El alumno cuyo nombre aparece arriba { HA / NO HA } completado todos los requisitos _____ Superior
recuenta de los créditos. Tarjeta Acumulativa Lugar y fecha de _____ FAJARDO
_____ Este documento no tiene borrones ni alteraciones

Expedido en Fajardo, Puerto Rico, el día 23 de abril 2004

Loyda Martínez
_____
Directora