

Universidad de Puerto Rico en Humacao
Rectoría



2 de junio de 2004

EDUARDO HERNANDEZ ROBLES
EXT MELENDEZ
B90
FAJARDO PR 00738

Estimado Eduardo:

Me resulta sumamente grato notificarte que hoy, al ser admitido a la Universidad de Puerto Rico en Humacao, asciendes otro peldaño en tu vida estudiantil y, por ello, te felicito.

Participaste en un proceso altamente competitivo y lograste cumplir con todos los requisitos de admisión al **PROGRAMA DE GERENCIA**. Sin duda, este es un reconocimiento al esfuerzo, la dedicación y el compromiso con que trabajaste en la escuela para lograr esa meta.

Por eso, te damos la bienvenida a lo que será tu próximo nivel académico en la Universidad de Puerto Rico en Humacao. Aquí te ofrecemos la oportunidad y el ambiente propicios para que te desarrolles personal y profesionalmente. Esperamos que aceptes este reto ya que estudiantes como tú son los que enaltecen y sirven de motivación a nuestros claustrales, nos permiten continuar con nuestra trayectoria universitaria de excelencia y aseguran el futuro del País.

En nombre de toda la comunidad que compone la Universidad de Puerto Rico en Humacao, te reitero nuestras felicitaciones y te invito a completar tu admisión. Sólo tienes que llenar los documentos adjuntos y devolverlos en las fechas límite. Te garantizo que estamos aquí para ayudarte a crecer. Contamos contigo.

Cordialmente,

Dra. Hilda M. Colón Plumey
Rectora

Sra. Inara Ferrer
Directora Oficina de Admisiones

Estación Postal CUH 100 • C.U.R.R. 908 • Humacao, P.R. 00791-4300 • (787) 850-9375 • Fax (787) 852-4638
LA UNIVERSIDAD DE PUERTO RICO EN HUMACAO NO DISCRIMINA POR RAZONES DE EDAD, SEXO, ORIENTACIÓN SEXUAL, RAZA, COLOR, NACIONALIDAD, ORIGEN O CONDICIÓN SOCIAL, NI POR IDEAS POLÍTICAS, RELIGIOSAS E IMPEDIMENTOS FÍSICOS O MENTALES O POR CONDICIÓN DE VETERANOS. • PATRONO CON IGUALDAD DE OPORTUNIDADES EN EL EMPLEO