


**UNIVERSIDAD DE PUERTO RICO EN HUMACAO**
ESTACION POSTAL CUH • 100 CARR 908 • HUMACAO, PUERTO RICO 00791-4300
TEL. (787) 850-0000 EXT. 9342 • FAX 850-9413

**OFICINA DE ASISTENCIA ECONÓMICA**

EXHIBIT 3

## CERTIFICACIÓN

RE: **HERNÁNDEZ ROBLES, EDUARDO**
Nombre del Estudiante

**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**
Número de Estudiante

Certifico que el estudiante de referencia fue admitido en nuestra institución, La Universidad de Puerto Rico en Humacao, para comenzar estudios el próximo año académico 2004-05. De este matricularse, su costo de estudios sería:

Costo de estudio:

| | |
|---|---|
| Matrícula y cuota de construcción | $1,245.00 |
| Dormitorio y comida | $6,620.00 |
| Libros y Materiales de Estudio | $1,320.00 |
| Gastos Misceláneos | $1,000.00 |

Expedida a petición de ___Eduardo Hernández Robles___, hoy __16__ de __junio__ de __2004__ en Humacao, Puerto Rico.

Certifico correcto,

*Marioleg Rolger González*
Marioleg Rolger González
Directora Asistencia Económica

Nota: Estas cantidades están sujetas a cambio durante el año académico. El estudiante está en proceso de solicitar ayuda económica.

Mi:\formulariocen.iecsa.contedidos\All

LA UNIVERSIDAD DE PUERTO RICO EN HUMACAO NO DISCRIMINA POR RAZONES DE EDAD, SEXO, ORIENTACIÓN SEXUAL, RAZA, COLOR, NACIONALIDAD, ORIGEN O CONDICIÓN SOCIAL, NI POR IDEAS POLÍTICAS, RELIGIOSAS E IMPEDIMENTOS FÍSICOS O MENTALES O POR CONDICIÓN DE VETERANOS. • PATRONO CON IGUALDAD DE OPORTUNIDADES DE EMPLEO.