EXHIBIT 4

 # La Mina Auto Sales, Inc. 

Carr. 31 KM 24.7  
P.O. Box 1565, Juncos, P.R. 00777　　　　　　　　　　　　　　Tel. (787) 713-8944  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　364-4343  
　　　　　　　　　　　　　　　　Fecha _Mayo 17, 2004_　734-3434  
　　　　　　　　　　　　　　　　Vendedor _Steven_  
Nombre del Comprador _Luis Hernandez Reyes_  
Dirección Comprador _Carr 31 Int. 950 Bo. Miguerillo Naguabo, P.R._  
Dirección Postal _PMB 009 P.O Box 760 Rio Blanco, P.R. 00744_  
Núm. Licencia _____  Seguro Social _____  Tel. _____  
Marca _Volkswagen_    Año _1998_    Modelo _Jetta_  
Motor _3VWVA81H8WM232225_    Color _Azul_    Carrocería _____  

☒ Automóvil    ☐ Camión    ☐ Van    ☐ Pick-Up    ☐ Jeep  
☐ Nuevo    ☒ Usado    ☐ Importado  

Licencia _____    Registro _TAB. DDK-185_  
Número de llave _____    Código de Radio _____  

| VEHICULO USADO TOMADO A CAMBIO | | PRECIO UNIDAD | 8200 |
|---|---|---|---|
| Marca _____ Licencia _____ | | Equipo Adicional | |
| Año-Modelo _____ | | Sun Roof ( ) OK | |
| Motor No. _____ | | Automático ( ) OK | |
| Registro _____ | | Standard ( ) — | |
| Balance Adeudado a: _____ | | Aire ( ) OK | |
| Crédito por carro usado | | Radio ( ) OK | |
| Balance adeudado | | Power Steering OK | |
| Crédito Neto | | Power Window — | |
| Pago de Contado | | Tablillas INCLUIDAS → | — |
| Crédito en su cuenta | | Precio Total | 8200 |
| Crédito Total | | Crédito Total | |
| Balance-Contrato a pagarse de acuerdo con: | | Balance a Pagar | |
| ☐ Contrato de Venta    Para ser suscrito | | Seguro de Cuenta | |
| ☐ Condicional    en o antes de la entrega | | Seguro de vida sobre la cuenta | |
| En _____ Plazos mensuales de $ _____ | | Total | 8200 |
| _____ Plazos mensuales de $ _____ | | Cargos por financiamiento | |
| Cliente renuncia a la garantía establecida en Reglamento DACO de P.R. Firma: _____ | | Balance Contrato | |
| Cliente renuncia a la garantía de saneamiento por vicios ocultos establecidas en el código civil de P.R. Firma: _____ | | Observaciones _____ | |
| | | Se le entregó certificado de garantía: ☐ Sí ☐ No | |

Al firmar esta orden de venta el comprador acepta que él ha examinado y está de acuerdo con el precio de venta y todo lo que en esta se dice:  
El comprador acusa haber recibido copia fiel y exacta de esta orden.  
El comprador acusa haber recibido la garantía correspondiente a su vehículo.  
El cliente acepta que se le entregó la unidad en perfectas condiciones.

_[signature]_ _____    COMPRADOR  
VENDEDOR  
　　　　　　　　　[stamp: LA MINA AUTO CORP. 2000 116,646 JUNCOS, PR]    FIRMA _____  
FIRMA GERENTE/AUTORIZADO/VENTA    FIRMA _____