EXHIBIT 5




# La Mina Auto Sales, Inc.

Carr. 31 KM 24.7
P.O. Box 1565, Juncos, P.R. 00777

Tel. (787) 743-6944
364-434
734-343

Fecha: Mayo 17 2004
Vendedor: Sth W.

Nombre del Comprador: Luis Hernández Reyes
Dirección Comprador: Carr. 31 Int. 950 Bo Higuerillo Naguabo 00744
Dirección Postal: PMB 009 P.O Box 760 146 Blanco P.R 00744
Núm. Licencia: _____    Seguro Social: _____    Tel: _____
Marca: VOLKSWAGEN    Año: 1999    Modelo: JETTA GLS
Motor: 3VWSA81H7XM212567    Color: VERDE    Carrocería: _____

☒ Automóvil  ☐ Camión  ☐ Van  ☐ Pick-Up  ☐ Jeep
☐ Nuevo  ☒ Usado  ☐ Importado

Licencia: _____    Registro: DDK 487 TAB
Número de llave: _____    Código de Radio: _____

| VEHICULO USADO TOMADO A CAMBIO | | PRECIO UNIDAD | 8900 |
|---|---|---|---|
| Marca: _____ Licencia: _____ | | Equipo Adicional | |
| Año-Modelo: _____ | | Sun Roof ( ) | OK |
| | | Automático ( ) | |
| Motor No: _____ | | Standard ( ) | OK |
| Registro: _____ | | Aire ( ) | OK |
| Balance Adeudado a: _____ | | Radio ( ) | OK |
| Crédito por carro usado | | Power Steering | OK |
| Balance adeudado | | Power Window | OK |
| Crédito Neto | | Tablillas | INCLUIDAS |
| Pago de Contado | | Precio Total | 8900 |
| Crédito en su cuenta | | Crédito Total | |
| Crédito Total | | Balance a Pagar | |
| Balance-Contrato a pagarse de acuerdo con: | | Seguro de Cuenta | |
| ☐ Contrato de Venta  Para ser suscrito | | Seguro de vida sobre la cuenta | |
| ☐ Condicional  antes de la entrega | | Total | 8900 |
| En ___ Plazos mensuales de $ ___ | | Cargos por financiamiento | |
| ___ Plazos mensuales de $ ___ | | Balance Contrato | |

Cliente renuncia a la garantía establecida en Reglamento DACO de P.R. Firma: _____
Cliente renuncia a la garantía de saneamiento por vicios ocultos establecidos en el código civil de P.R.
Firma: _____

Observaciones: _____

Se le entregó certificado de garantía: ☐ Si  ☐ No

Al firmar esta orden de venta el comprador acepta que él ha examinado y está de acuerdo con el precio de venta y todo lo que en esta se dice.
El comprador acusa haber recibido copia fiel y exacta de esta orden.
El comprador acusa haber recibido la garantía correspondiente al vehículo.
El cliente acepta que se le entregó la unidad en perfectas condiciones.

VENDEDOR    COMPRADOR
(firma)    (firma)

[Stamp: LA MINA AUTO CORP. JUNCOS, P.R. 2000 116,646]

FIRMA GERENTE AUTORIZADO VENTA    FIRMA