**EXHIBIT 6**

# FORMA LARGA
## 2002 ESTADO LIBRE ASOCIADO DE PUERTO RICO 2002
### DEPARTAMENTO DE HACIENDA
### PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE INDIVIDUOS
### AÑO CONTRIBUTIVO 2002 O AÑO COMENZADO EL ___ de ___ de ___ Y TERMINADO EL ___ de ___ de ___

**Nombre:** Luis E. **Apellido Paterno:** Hernández **Apellido Materno:** Reyes
**Número de Seguro Social:** 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

**Dirección Postal:** PMB-007 PO Box 760, Naguabo, P.R. **Código Postal:** 00718

**Ocupación:** Maestro

---

**DEPARTAMENTO DE HACIENDA**
**OFIC. CORRESP. Y ARCHIVO**
**08 RECIBO DE PLANILLA 08**
**FEB 12 2003**
**SECRETARIO DE HACIENDA**

1. Sueldos, Comisiones, Concesiones y Propinas
   - A-Contribución Retenida: **1038**
   - B-Sueldos, Comisiones, Concesiones y Propinas: **13,948**
   - Total: **1038** / **13,948**

2. Otros Ingresos (o Pérdidas):
   - A) Ingreso de intereses
   - B) Participación distribuible en beneficios de sociedades especiales
   - C) Participación distribuible en pérdidas de sociedades especiales
   - D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención
   - E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención
   - F) Participación distribuible en beneficios de corporaciones de individuos
   - G) Ingresos misceláneos
   - H) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa
   - I) Dividendos de Fondo de Capital de Inversión o de Turismo
   - J) Ingresos de anualidades y pensiones
   - K) Pensión alimentaria recibida
   - L) Ganancia (o pérdida) atribuible a industria o negocio
   - M) Ganancia (o pérdida) atribuible a la agricultura
   - N) Ganancia (o pérdida) atribuible a profesiones y comisiones
   - O) Ganancia (o pérdida) atribuible a alquiler
   - P) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados
   - Q) Ganancia neta de capital a largo plazo en Fondos de Inversión

3. Total Ingreso Bruto (Suma líneas 1B, 1C y 2A a la 2Q): **13,948**
4. Pensión Alimentaria Pagada
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4): **13,948**

Período de Conservación: Diez (10) años

**Anejo A Individuo**

**DEDUCCIONES DETALLADAS Y ADICIONALES**

**200_2_**

Año contributivo comenzado el _1 de Enero_ de _2002_ y terminado el _31 de Dic_ de _2002_

Nombre del contribuyente: _Luis E. Hernández_

Número de Seguro Social: _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_

## Parte I — Deducciones Detalladas (Véanse instrucciones)

**1. Intereses hipotecarios**

| Nombre de la entidad a quien hizo el pago | Hipoteca | Número del Préstamo | Núm. Ident. Patronal | Importe | |
|---|---|---|---|---|---|
| Primera residencia: _Doral Financial_ | Primera | 0030043540 | (01) 66-0312162 | 6256 | (05) |
| | Segunda | | (02) | | (06) |
| Segunda residencia: | Primera | | (03) | | (07) |
| | Segunda | | (04) | | (08) |

Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor .................... (09)
Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor ............................. (10)

Total intereses hipotecarios pagados ......................................................... (11) **6256**

2. Tablillas de auto pagadas para uso personal .................................................. (12) **40**
3. Gastos incurridos en el cuido de hijos ($800 un hijo; $1,600-dos o más hijos) ............... (13)
4. Alquiler pagado (Número seguro social del arrendador: _____) (14) ............. (15)
5. Contribuciones sobre la propiedad que constituye su residencia principal .................... (16)
6. Pérdida de su residencia principal debido a ciertas causas fortuitas ........................ (17)
7. Gastos médicos (Anejo J Individuo, línea 4) ................................................. (18)
8. Donativos (Anejo J Individuo, línea 11) ..................................................... (19)
9. Pérdida de bienes muebles por ciertas causas fortuitas ...................................... (20)
10. Gastos por molinos de viento ............................................................... (21)
11. Gastos de equipo ortopédico para impedidos:
    Marque: (22) ☐ 1 Contribuyente ☐ 2 Esposa ☐ 3 Otros ....................................... (23)
12. Gastos incurridos para la educación de dependientes ........................................ (24)
13. Gastos por equipo solar .................................................................... (25)
14. Intereses sobre préstamos estudiantiles a nivel universitario:

| Inst. financiera | Núm. préstamo | Núm. Ident. Patronal | Importe |
|---|---|---|---|
| | (26) | (28) | |
| | (27) | (29) | |

Total Intereses sobre préstamos estudiantiles pagados ....................................... (30)

15. Aportaciones al Fondo para Servicios contra Enfermedades Catastróficas Remediables ....... (31)
16. Total deducciones detalladas (Sume líneas 1 a la 15 y traslade al Encasillado 3, línea 7 de la planilla) (32) **6296**

## Parte II — Deducciones Adicionales (Véanse instrucciones)

1. Aportaciones a sistemas gubernamentales de pensiones o retiro ............................. (33)
2. Aportaciones a cuentas de retiro individual (No exceder de $3,500 ó $7,000 si es casado):

| Inst. financiera | Núm. cuenta | Núm. Ident. Patronal | Importe |
|---|---|---|---|
| | (34) | (37) | |
| | (35) | (38) | |
| | (36) | (39) | |

Total aportaciones a cuentas de retiro individual pagadas ................................... (40)

3. Casados cuando ambos trabajan .............................................................. (41)
4. Veteranos .................................................................................. (42)
5. Gastos ordinarios y necesarios (Anejo J Individuo, línea 8) ................................ (43) **418**
6. Intereses de préstamo de automóvil (No exceder de $1,200): Banco _____
   Núm. préstamo _____ Núm. Ident. Patronal (44) ................................. (45)
7. Jóvenes que trabajan ....................................................................... (46)
8. Cuenta de Aportación Educativa (Anejo A1 Individuo, Parte II, línea (10)) ................. (47)
9. Total deducciones adicionales (Sume líneas 1 a la 8 y traslade al Encasillado 3, línea 9 de la planilla) (48) **418**

Período de Conservación: Diez (10) años

DEPARTAMENTO DE HACIENDA — OFIC. CORRESP. Y ARCHIVO — O.R. RECIBO DE PLANILLA O.R. — FEB 12 2003 — SECRETARIO DE HACIENDA

05/19/2004 03:59  7878631198  JULIO HERNANDEZ  PAGE 07/11