EXHIBIT 7

644

Formulario 482 Rev. 05.03

# FORMA LARGA

PLANILLA CON CHEQUE (HAY A FAVOR DE/ ANEJE CHEQUE (DE ESTE APLICAR)

2003 ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA 2003

PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS

AÑO CONTRIBUTIVO 2003 O AÑO COMENZADO EL ___ DE ___ Y TERMINADO EL ___ DE ___

PLANILLA: ENMENDADA

SALE DE PUERTO RICO DURANTE EL AÑO

Nombre Inicial Apellido Paterno Apellido Materno: Luis E. Hernández Reyes

Dirección Postal: PMB-009 PO Box 760 Naguabo, P.R. Código Postal 00744

Fecha de Nacimiento: 8-12-56

Sexo: M / F

Número de Seguro Social Cónyuge

Fecha de Nacimiento del Cónyuge

Día Mes Año

Teléfono Residencia

Teléfono Oficina

CAMBIO DE DIRECCIÓN: Sí / No

Nombre e Inicial del Cónyuge Apellido Paterno Apellido Materno

Dirección Residencial Completa (Barrio o Urbanización, Número, Calle) Código Postal

Correo Electrónico (E-Mail)

## Encasillado 1

SI NO

A. ¿Ciudadano de Estados Unidos?
B. ¿Residente de Puerto Rico al finalizar el año?
C. ¿Ingresos exentos de Lotería de Puerto Rico?
D. ¿Ingresos de premios de jugadas en el Hipódromo?
E. ¿Otros ingresos exentos de contribución? (Someta Anejo)
F. ¿Obligación de hacer pagos a ASUME?

ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:

1. Casado que vivía con su cónyuge y rinde planilla conjunta
2. Casado que no vivía con su cónyuge (No jefe de familia) (Indique nombre y seguro social del cónyuge)
3. Jefe de familia (No para casados)
4. Soltero
5. Casado que rinde por separado (Indique nombre y seguro social del cónyuge)

FUENTE DE MAYOR INGRESO:

G. Empleado del Gobierno, Municipios y Corporaciones Públicas
H. Empleado del Gobierno Federal
I. Empleado de Empresa Privada / Ocupación: Vendedor
J. Retirado/Pensionado
K. Trabaja Cuenta Propia (Indique la industria o negocio principal)

CONTRATO DE GOBIERNO: CONTRIBUYENTE CEDIDO

PLANILLA 2004: ESPAÑOL / INGLÉS

Estado Libre Asociado de Puerto Rico DEPARTAMENTO DE HACIENDA Oficina de Correspondencia y Archivo RECIBIDO FEB 23 2004 PLANILLA SIN PAGO SECRETARIO DE HACIENDA 04-012 2-0:40

## Encasillado 2

1. Sueldos, Comisiones, Concesiones y Propinas

| | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|
| (1B) SUMINISTRE LOS COMPROBANTES DE RETENCIÓN (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR, 480.6B.1, según apliquen). | 756 | 9,955 |
| | 319 | 4,468 |
| (1C) Total (Núm. de comprobantes con esta planilla) 2 | 1071 | 14,223 |
| | Contribución Retenida | Salarios Federales |
| 1D. Salarios del Gobierno Federal (Véanse instrucciones) | | |

2. Otros Ingresos (o Pérdidas):

| Línea | Concepto | Cantidad |
|---|---|---|
| A) | Ingreso de Intereses (Anejo F Individuo, Parte I, línea 14) | |
| B) | Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) | |
| C) | Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) | |
| D) | Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) | |
| E) | Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 1B) | |
| F) | Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) | |
| G) | Ingresos misceláneos (Someta Anejo F Individuo) | |
| H) | Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) | |
| I) | Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) | |
| J) | Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) | |
| K) | Pensión alimentaria recibida (Núm. seguro social del que paga: ___) | |
| L) | Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) | |
| M) | Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) | |
| N) | Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) | |
| O) | Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) | |
| P) | Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) | |
| Q) | Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) | |
| 3. | Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2Q) | 14,223 |
| 4. | Pensión Alimentaria Pagada (Núm. seguro social del que la recibe: ___) | |
| 5. | Ingreso Bruto Ajustado (Línea 3 menos línea 4) | 14,223 |

Período de Conservación: Diez (10) años

**Anejo A Individuo**
Rev. 05.03

# DEDUCCIONES DETALLADAS Y ADICIONALES

**2003**

Nombre del contribuyente: Luis E. Hernández

Número de Seguro Social: 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

**Parte I Deducciones Detalladas** (Véanse instrucciones)

1. Intereses hipotecarios

| Nombre de la entidad a quien hizo el pago | Hipoteca | Número del Préstamo | Núm. Ident. Patronal | Importe | |
|---|---|---|---|---|---|
| Primera residencia: Doral Financial | Primera | 00300 43340 | (01) 66-0312162 | 6,201 | (05) |
| | Segunda | | (02) | | (06) |
| Segunda residencia: | Primera | | (03) | | (07) |
| | Segunda | | (04) | | (08) |
| Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) | | | | | (09) |
| Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) | | | | | (10) |

| Línea | Concepto | | Importe |
|---|---|---|---|
| | Total intereses hipotecarios pagados | (11) | 6,201 |
| 2. | Tablillas de auto pagadas para uso personal (Véanse instrucciones) | (12) | 40 |
| 3. | Gastos incurridos en el cuidado de hijos (Véanse instrucciones $1,200 un hijo, $2,400 dos o más hijos) | (13) | |
| 4. | Alquiler pagado (Número de seguro social del arrendador) (14) | (15) | |
| 5. | Contribuciones sobre la propiedad que constituye su residencia principal | (16) | |
| 6. | Pérdidas en su residencia principal debido a causas fortuitas (Véanse instrucciones) | (17) | |
| 7. | Gastos médicos (Anejo A Individuo, línea 4) | (18) | |
| 8. | Donativos (Anejo A Individuo, línea 11) | (19) | |
| 9. | Pérdida de bienes muebles por ciertas causas fortuitas (Véanse instrucciones) | (20) | |
| 10. | Gastos por alimentos de viudo | (21) | |
| 11. | Gastos de equipo ortopédico para impedidos: Ennegrezca: (22) ⬭ 1 Contribuyente ⬭ 2 Esposa ⬭ 3 Ambos | (23) | |
| 12. | Gastos incurridos para la educación de dependientes | (24) | 700 |
| 13. | Gastos por equipos solares | (25) | |
| 14. | Intereses sobre préstamos estudiantiles a nivel universitario (Véanse instrucciones) | | |

| Inst. financiera | Núm. préstamo | Núm. Ident. Patronal | Importe |
|---|---|---|---|
| | | (28) (30) | |
| | | (29) | |

| Línea | Concepto | | Importe |
|---|---|---|---|
| | Total intereses sobre préstamos estudiantiles pagados | (30) | |
| 15. | Aportaciones al Fondo para Servicios contra Enfermedades Catastróficas Remediables (Véanse instrucciones) | (31) | |
| 16. | Total deducciones detalladas (Sume líneas 1 a la 15 y traslade al Encasillado 3, línea 7 de la planilla) | (32) | 6,941 |

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Oficina de Correspondencia y Archivo
RECIBIDO
FEB 23 2004
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

**Parte II Deducciones Adicionales** (Véanse instrucciones)

1. Aportaciones a cuentas de retiro individual (No exceder de $4,000 o $8,000 si es casado):

| Inst. financiera | Núm. cuenta | Núm. Ident. Patronal | Importe |
|---|---|---|---|
| | | (33) (36) | |
| | | (34) | |
| | | (35) | |

| Línea | Concepto | | Importe |
|---|---|---|---|
| | Total aportaciones a cuentas de retiro individual pagadas | (39) | |
| 2. | Aportaciones a sistemas gubernamentales de pensiones o retiro | (40) | |
| 3. | Casados cuando ambos trabajan | (41) | |
| 4. | Veteranos | (42) | |
| 5. | Gastos ordinarios y necesarios (Anejo B Individuo, línea 8) | (43) | 427 |
| 6. | Intereses de préstamo de automóvil (No exceder de $1,200) Banco ___ Núm. préstamo ___ Núm. Ident. Patronal (44) | (45) | |
| 7. | Jóvenes que trabajan (Véanse instrucciones) | (46) | |
| 8. | Cuenta de Aportación Educativa (Anejo A Individuo Parte II, línea 10) (Véanse instrucciones) | (47) | |
| 9. | Adquisición e instalación de computadora personal para uso de dependientes | (48) | |
| 10. | Total deducciones adicionales (Sume líneas 1 a la 9 y traslade al Encasillado 3, línea 8 de la planilla) | (49) | 427 |

Período de Conservación: Diez (10) años

5. Ingreso Bruto Ajustado — 14,273
6. DEDUCCIÓN FIJA — 2,600
7. Total deducciones detalladas — 6941
8. Deducción [illegible] — 6941
9. Total deducciones adicionales — 427
10. Total deducciones — 7368
11. EXENCIÓN PERSONAL — 3000
12. EXENCIÓN POR DEPENDIENTES
A) No universitarios: Categoría — 2 x $1,300 — 2600
B) Universitarios: Categoría — $1,600
C) Incapacitados, ciegos o de 65 años o más: Categoría — $1,300
D) Total Exención por Dependientes (Sume líneas 12A, 12B y 12C) — 2600
13. Total Deducciones y Exenciones (Sume líneas 10, 11 y 12D) — 12968
14. INGRESO NETO SUJETO A CONTRIBUCIÓN — 1255
15. CONTRIBUCIÓN — 88
16. Cantidad de Ajuste Gradual
17. Exceso de la Contribución Básica Alterna sobre la Contribución Regular
18. Contribución sobre intereses
19. Contribución especial
20. Contribución sobre dividendos
21. Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa
22. Contribución sobre distribuciones del Sistema de Retiro del Gobierno
23. Contribución sobre distribuciones
24. Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura
25. TOTAL CONTRIBUCIÓN DETERMINADA
26. Recobro de crédito por inversión
27. Créditos
28. Créditos contributivos
29. RESPONSABILIDAD CONTRIBUTIVA — 88
30. Adición a la Contribución por Falta de Pago de la Contribución Estimada
31. CONTRIBUCIÓN RETENIDA O PAGADA:
A) Mediante retención en origen sobre salarios — 1071
B) Mediante retención sobre anualidades y pensiones
C) Otros pagos y retenciones
D) Total Contribución Retenida o Pagada — 1071
32.–37. [illegible]
B) A REINTEGRAR — 983

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
RECIBIDO
FEB 2 3 2004
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

AUTORIZACIÓN PARA DEPÓSITO DIRECTO DE REINTEGRO

Tipo de cuenta: Cheques / Ahorros
Cuenta a nombre de:

Declaro bajo penalidad de perjurio que esta planilla ha sido examinada por mí y que según mi mejor información y creencia es cierta, correcta y completa.

Firma del Contribuyente: [signature] Fecha: 2-18-04
Firma del Cónyuge: Fecha:
Nombre del Especialista: Angel Figueroa
Dirección: PO Box 108 Luquillo PR Código Postal 00773
Seguro Social Patronal: 14090
Firma del Especialista: [signature] Fecha: 2-18-04

NOTA AL CONTRIBUYENTE: Período de Conservación: Seis (6) años.

**Anejo A1 Individuo**

**DEPENDIENTES Y BENEFICIARIOS DE CUENTAS DE APORTACION EDUCATIVA**

**2003**

Año contributivo comenzado el ___ de ___ de ___ y terminado el ___ de ___ de ___

Nombre del contribuyente: Luis E. Hernández

Número de Seguro Social: 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

**Parte I Información sobre Dependientes** (Véanse instrucciones) 55

INFORMACION IMPORTANTE PARTE I

- No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge no es jefe de familia para fines contributivos, por lo que no deberá incluir el nombre de la esposa en el encasillado de jefatura (línea 01).
- Si un dependiente le da derecho al estado personal de jefe de familia, no lo reclame como dependiente.
- Acompañar este Anejo con su planilla para poder considerar la exención por dependientes.

| Jefatura | (01) | Nombre, Inicial / Apellido Paterno / Apellido Materno: Markossa Hernández (NO CONYUGE) | Parentesco: Madre | | Fecha de Nacimiento: 16-7-38 | Número de Seguro Social: 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 |
|---|---|---|---|---|---|---|

| | Nombre, Inicial / Apellido Paterno / Apellido Materno | Parentesco | Categoría (N)(U)(E) Véanse Inst. | Fecha de Nacimiento Día/Mes/Año | Número de Seguro Social |
|---|---|---|---|---|---|
| (02) | Eduardo Hernández | hijo | N | 28-1-90 | 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 |
| (03) | Julio L. Hernández | hijo | N | 12-8-84 | 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 |
| (04) | | | | | |
| (05) | | | | | |
| (06) | | | | | |
| (07) | | | | | |
| (08) | | | | | |
| (09) | | | | | |
| (10) | | | | | |

Estado Libre Asociado de Puerto Rico
DEPARTAMENTO DE HACIENDA
Oficina de Correspondencia y Archivo
RECIBIDO
FEB 23 2004
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

**Parte II Beneficiarios de Cuentas de Aportación Educativa** (Véanse instrucciones) 57

INFORMACION IMPORTANTE PARTE II

- Estos beneficiarios no deberán considerarse al determinar la exención por dependientes. No obstante, si alguno de estos beneficiarios cualifica como su dependiente, deberá incluirlo también en la Parte I de este Anejo.

| | Nombre, Inicial / Apellido Paterno / Apellido Materno | Fecha de Nacimiento Día/Mes/Año | Parentesco | | Número de Seguro Social | Cantidad Aportada |
|---|---|---|---|---|---|---|
| (01) | | | | | | |
| (02) | | | | | | |
| (03) | | | | | | |
| (04) | | | | | | |
| (05) | | | | | | |
| (06) | Total aportaciones (Sume líneas (01) a la (05) y traslade al Anejo A Individuo, Parte II, línea 8 de la Forma Larga) | | | | | |

Período de Conservación: Diez (10) años