IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IVONNE ROBLES COLON, et al<br><br>**Plaintiffs,**<br><br>v.<br><br>MITSUBISHI MOTORS CORP.,<br>v.<br>JULIO ROBLES SANCHEZ, et al<br><br>**Defendants.** | Civil No.: 96-2296 (SEC)<br><br>Plaintiffs demand trial by jury. |

**MOTION REQUESTING WITHDRAWAL OF FUNDS
BELONGING TO MINOR EDUARDO HERNANDEZ ROBLES**

**TO THE HONORABLE COURT:**

COMES NOW plaintiffs Luis Hernández Reyes and Ivonne Robles Colón by their undersigned attorney and states and requests as follows:

I.

The instant case was filed by plaintiffs on October 23, 1996 personally and on behalf of their minor child Eduardo Hernandez Robles, then 10 years.

II.

On December 15, 1998, judgment was entered in the global amount of $30,000 of which $18,000 were for minor Eduardo Hernández Robles, as per a Stipulation of Settlement filed by the parties. Docket Entry number 31. Thereafter, on January 7th and 14th of 1999, $5,000 and $8,500, respectively were deposited in the Registry of the Court for the benefit of minor Eduardo Hernández Robles. The balance of $4,500 equivalent to 25% of $18,000, was paid to the undersigned attorney as attorney fees.

1

III.

Minor Eduardo Hernández Robles was born on January 8th, 1987 and, thus is now 19 years old. He lives with his parents in Fajardo, Puerto Rico, but studies at University of Puerto Rico, Humacao Campus.

On January 26, 2006, Eduardo received a letter from the University of Puerto Rico, Humacao Campus, certifying the cost of his studies for the 2005-2006 academic year are $11,232 and that he receives no financial aid. (Exhibit 1)

The appearing plaintiffs, parents of minor Eduardo Hernández Robles, do not have the financial means of paying the cost of the yearly tuition on their son. In the year 2005, their gross income was $26,880 (Exhibit 2).

IV.

Plaintiffs Luis Hernández Reyes and Ivonne Robles Colon, request on behalf of their son Eduardo Hernandez Robles and for his sole benefit that he be allowed to withdraw from the deposited funds the amount remaining in the account plus accrued interest so that it may be used for payment of the academic year 2006-2007 of minor Eduardo Hernández Robles.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of August, 2006.

**UNSWORN STATEMENT PURSUANT TO 28 U.S.C. 1746**

**We,** Luis Hernández Reyes and Ivonne Robles Colón, hereby certify, under penalty of perjury that the foregoing is true and correct.

1. That we are of legal age, married and residents of Fajardo, Puerto Rico.

2

2. That we are the parents of minor Eduardo Hernández Robles, currently 19 years old.

3. That after consulting with our son, we have requested our attorney to file the instant Motion Requesting Withdrawal of Funds belonging to minor Eduardo Hernández Robles. That said motion was translated to us from English to Spanish by our attorney and everything stated in the motion is true and correct.

4. It is our belief that our son will be benefited from the Court's approval of the withdrawal of the requested funds which are to be used for the sole benefit of our son, Eduardo Hernández Robles.

_____
Luis Hernández Reyes

_____
Ivonne Robles Colón

In San Juan, Puerto Rico, this 11th day of August, 2006.

S/JORGE MIGUEL SURO BALLESTER, ESQ.
1225 Ponce de León Avenue, PH-2
San Juan, PR 00907-3921
Tels. (787) 724-5522/5542
Fax. (787) 722-7711
Email: jmsb@prtc.net
USDC-PR 121713