**UPR**
UNIVERSIDAD DE PUERTO RICO EN HUMACAO
ESTACION POSTAL CUH • 100 CARR 908 • HUMACAO, PUERTO RICO 00791-4300
TEL. (787) 850-0000 EXT. 9342 • FAX 850-9413



OFICINA DE ASISTENCIA ECONÓMICA

## CERTIFICACIÓN

RE:  Hernández Robles, Eduardo
Nombre del Estudiante

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
Número de Estudiante

Certifico que el estudiante de referencia no recibe ayuda económica para gastos de estudios en esta Institución durante el año académico 2005 - 2006.

**COSTO DE ESTUDIOS**

| | |
|---|---|
| Matrícula | $ 1,707.00 |
| Hospedaje | 6,620.00 |
| Libros | 1,320.00 |
| Transportación | 585.00 |
| Misceláneos | 1,000.00 |
| Total de Costos de Estudios: | $11,232.00 |

( X ) El estudiante no está recibiendo ayuda económica al momento de solicitar esta certificación.

Fue evaluado bajo el siguiente "status"    ( X ) dependiente    ( ) independiente

Expedida a petición de Eduardo Hernández Robles, hoy 26 de enero de 2006 en Humacao, Puerto Rico.

Comentarios: _____

Certifico Correcto,

*Mariolga Rotger González*
Mariolga Rotger González, Directora
Oficina de Asistencia Económica

NOTA: Estas cantidades están sujetas a cambio durante el año académico.

mbm:c:maria:certificacionmodelo.doc

LA UNIVERSIDAD DE PUERTO RICO EN HUMACAO NO DISCRIMINA POR RAZONES DE EDAD, SEXO, ORIENTACIÓN SEXUAL, RAZA, COLOR, NACIONALIDAD, ORIGEN O CONDICIÓN SOCIAL, NI POR IDEAS POLÍTICAS, RELIGIOSAS E IMPEDIMENTOS FÍSICOS O MENTALES O POR CONDICIÓN DE VETERANOS. • PATRONO CON IGUALDAD DE OPORTUNIDADES DE EMPLEO.