## 2005 ESTADO LIBRE ASOCIADO DE PUERTO RICO — DEPARTAMENTO DE HACIENDA
### PLANILLA DE CONTRIBUCION SOBRE INGRESOS DE INDIVIDUOS
AÑO CONTRIBUTIVO 2005 O AÑO COMENZADO EL 1 de 1 de 2005 Y TERMINADO EL 31 de 12 de 2005

| Liquidador | Revisor |
|---|---|
| R M RO V1 V2 P1 P2 N D E A G | |

○ PLANILLA ENMENDADA
○ FALLECIDO DURANTE EL AÑO: __/__/__

**Nombre:** LUIS  **Inicial:** E.  **Apellido Paterno:** HERNANDEZ  **Apellido Materno:** REYES

**Dirección Postal:** EXTENCION MELENDEZ, CALLE B #90, FAJARDO PR  **Código Postal:** 00738

**Número de Seguro Social:** 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
**Fecha de Nacimiento:** 08/12/1956  **Sexo:** M

**Número de Seguro Social Cónyuge:** 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
**Fecha de Nacimiento del Cónyuge:** 09/08/1959

**Nombre e Inicial del Cónyuge:** YVONNE  **Apellido Paterno:** ROBLES  **Apellido Materno:** Colón

**Dirección Residencial Completa:** EXTENCION MELENDEZ, CALLE B #90, FAJARDO, PR  **Código Postal:** 00738

**CAMBIO DE DIRECCION:** ○ Si ● No

### Encasillado 1

| | SI | NO | |
|---|---|---|---|
| A. | ● | ○ | ¿Ciudadano de Estados Unidos? |
| B. | ● | ○ | ¿Residente de Puerto Rico al finalizar el año? |
| C. | ○ | ● | ¿Ingresos exentos de Lotería de Puerto Rico? |
| D. | ○ | ● | ¿Ingresos de premios de jugadas en Hipódromo? |
| E. | ○ | ● | ¿Otros ingresos exentos de contribución? (Someta Anejo) |
| F. | ○ | ● | ¿Obligación de hacer pagos a ASUME? |

**ESTADO PERSONAL AL FINALIZAR SU AÑO CONTRIBUTIVO:**
1) ● Casado que vivía con su cónyuge y rinde planilla conjunta
2) ○ Casado que no vivía con su cónyuge (No jefe de familia)
3) ○ Jefe de familia (No para casados)
4) ○ Soltero
5) ○ Casado que rinde por separado

**FUENTE DE MAYOR INGRESO:**
G. ○ Empleado del Gobierno, Municipios y Corporaciones Públicas
H. ○ Empleado del Gobierno Federal
I. ● Empleado de Empresa Privada
J. ○ Retirado/Pensionado
K. ○ Trabajo Cuenta Propia

**CONTRATO GOBIERNO:** ○ CONTRIBUYENTE  ○ CONYUGE
**PLANILLA 2006:** ● ESPAÑOL  ○ INGLES

### Encasillado 2

Sello de Recibido: DEPARTAMENTO DE HACIENDA — RECIBIDO 13 FEB. 2006 — PLANILLA SIN PAGO — SECRETARIO DE HACIENDA — 05-048

| | | A-Contribución Retenida | B-Sueldos, Comisiones, Concesiones y Propinas |
|---|---|---|---|
| 1. Sueldos, Comisiones, Concesiones y Propinas — SUMINISTRE LOS COMPROBANTES DE RETENCION (Formularios 499R-2/W-2PR, 499R-2c/W-2cPR o W-2) | | 1,657.00 / 768.00 | 15,899.00 / 10,981.00 |
| Total (Núm. de comprobantes con esta planilla) | 2 | 2,425.00 | 26,880.00 |

|  | Contribución Retenida | Salarios Federales |
|---|---|---|
| C- Salarios del Gobierno Federal (01) | .00 | (02) .00 |

**2. Otros Ingresos (o Pérdidas):**
A) Ingreso de intereses (Anejo F Individuo, Parte I, línea 10) ............ (03) .00
B) Participación distribuible en beneficios de sociedades especiales (Someta Anejo F Individuo y Anejo R) ........ (04) .00
C) Participación distribuible en pérdidas de sociedades especiales (Someta Anejo R) ........ (05) .00
D) Dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 1A) ........ (06) .00
E) Dividendos de corporaciones y distribuciones de sociedades no sujetos a retención (Anejo F Individuo, Parte II, línea 3B) ........ (07) .00
F) Participación distribuible en beneficios de corporaciones de individuos (Someta Anejo F Individuo) ........ (08) .00
G) Distribuciones del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte V, línea 1A) ........ (09) .00
H) Ingresos misceláneos (Someta Anejo F Individuo) ........ (10) .00
I) Distribuciones de Cuentas de Retiro Individual y Cuentas de Aportación Educativa (Someta Anejo F Individuo) ........ (11) .00
J) Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........ (12) .00
K) Ingresos de anualidades y pensiones (Anejo H Individuo, Parte II, línea 12) ........ (13) .00
L) Pensión recibida por divorcio o separación (Núm. seguro social del que paga: ____) (14) (15) .00
M) Ganancia (o pérdida) atribuible a industria o negocio (Someta Anejo K Individuo) ........ (16) .00
N) Ganancia (o pérdida) atribuible a la agricultura (Someta Anejo L Individuo) ........ (17) .00
O) Ganancia (o pérdida) atribuible a profesiones y comisiones (Someta Anejo M Individuo) ........ (18) .00
P) Ganancia (o pérdida) atribuible a alquiler (Someta Anejo N Individuo) ........ (19) .00
Q) Ganancia (o pérdida) en la venta o permuta de activos de capital y Planes cualificados (Someta Anejo D Individuo) ........ (20) .00
R) Ganancia neta de capital a largo plazo en Fondos de Inversión (Someta Anejo Q1) ........ (21) .00

3. Total Ingreso Bruto (Sume líneas 1B, 1C y 2A a la 2R) ........ (22) 26,880.00
4. Pensión Pagada por Divorcio o Separación (seg. soc. del que la recibe: ____) (23) (Núm. sentencia: ____) (24) (25) .00
5. Ingreso Bruto Ajustado (Línea 3 menos línea 4) ........ (30) 26,880.00

Periodo de Conservación: Diez (10) años

Computer Expert Group

**Encasillado 3**

| | | |
|---|---|---|
| 6. DEDUCCION FIJA OPCIONAL: Si marcó el bloque 1, 3 ó 4 anote el bloque y su cónyuge detalló las deducciones anote cero. Si su cónyuge no detalló anote $1,575 ........ | (02) | 3,150 00 |
| 7. Total deducciones detalladas (Anejo A Individuo, Parte I, línea 17) ........ | (03) | 5,573 00 |
| 8. Deducción fija o deducciones detalladas (Anote la mayor de la línea 6 ó 7) ........ | (04) | 5,573 00 |
| 9. Total deducciones adicionales (Anejo A Individuo, Parte II, línea 10) ........ | (05) | 3,806 00 |
| 10. Pago de servicio telefónico por comunicación con personal militar en zona de combate (Véanse instrucciones) ........ | (06) | 00 |
| 11. EXENCION PERSONAL: Si marcó bloque 1 anote $3,000, bloque 2 $1,300, bloque 3 $3,000, bloque 4 $1,300, bloque 5 $1,500 ........ | (07) | 3,000 00 |
| 12. EXENCION POR DEPENDIENTES (Complete el Anejo A1 Individuo, véanse instrucciones) | | |
| A) No universitarios: Categoría (N) ....... (10) 1 x $1,600 | (11) | 1,600 00 |
| B) Universitarios: Categoría (U) ....... (14) 0 x $1,600 | (15) | 00 |
| C) Incapacitados, ciegos o de 65 años o más: Categoría (I) ....... (18) 1 x $1,600 | (19) | 1,600 00 |
| D) Total Exención por Dependientes (Sume líneas 12A, 12B y 12C) ........ | (20) | 3,200 00 |
| 13. Total Deducciones y Exenciones (Sume líneas 8, 9, 10, 11 y 12D) ........ | (21) | 15,579 00 |
| 14. INGRESO NETO SUJETO A CONTRIBUCION (Línea 5 menos línea 13. Si la línea 13 es mayor que la línea 5, anote cero) ........ | (30) | 11,301 00 |

**Encasillado 4**

| | | |
|---|---|---|
| 15. CONTRIBUCION: (01) ● 1 Según Tabla  ○ 2 Especial sobre ganancias de capital  ○ 3 Extranjero no residente .... (03) | (02) | 1,070 00 |
| 16. Cantidad de Ajuste Gradual (Determine este ajuste si la cantidad reflejada en la línea 14 es mayor de $75,000) (Anejo P Individuo, línea 7) | (03) | 00 |
| 17. Exceso de la Contribución Básica Alterna sobre la Contribución Regular (Anejo O Individuo, línea 6) ........ | (04) | 00 |
| 18. Contribución sobre intereses sujetos a retención (Anejo F Individuo, Parte I, línea 6) ........ | (05) | 00 |
| 19. Contribución especial sobre dividendos de corporaciones y distribuciones de sociedades sujetos a retención (Anejo F Individuo, Parte II, línea 4A) ........ | (06) | 00 |
| 20. Contribución sobre dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ........ | (07) | 00 |
| 21. Contribución sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan de ingresos de fuentes dentro de P.R. ( Anejo F Individuo, Parte VII, línea 2) ........ | (08) | 00 |
| 22. Contribución sobre distribuciones de IRA a pensionados del Gobierno (Anejo F Individuo, Parte VII, línea 3) ........ | (09) | 00 |
| 23. Contribución sobre distribuciones de IRA bajo la Sección 1169A y sobre distribuciones y transferencias del Programa de Cuentas de Ahorro para el Retiro (Anejo F Individuo, Parte VII, línea 4 y Parte V, línea 2) ........ | (10) | 00 |
| 24. Contribución especial sobre ingreso neto derivado de Proyectos Fílmicos o de Infraestructura, y de negocios con decreto de exención bajo la Ley 135 de 1997 (Anejo K Individuo, Parte II, línea 10 ó Anejo N Individuo, Parte II, línea 8) ........ | (11) | 00 |
| 25. Contribución sobre ingresos de equipos de béisbol de Grandes Ligas y la Asociación Nacional de Baloncesto de los E.U. (Anejo F Individuo, Parte VI, línea 2) ........ | (12) | 00 |
| 26. TOTAL CONTRIBUCION DETERMINADA (Sume líneas 15 a la 25) ........ | (13) | 1,070 00 |
| 27. Recobro de crédito reclamado en exceso (Anejo B Individuo, Parte I, línea 3) ........ | (14) | 00 |
| 28. Crédito para contribuyentes asalariados (Véanse instrucciones) ........ | (15) | 00 |
| 29. Créditos contributivos (Anejo B Individuo, Parte II, línea 23) ........ | (16) | 150 00 |
| 30. RESPONSABILIDAD CONTRIBUTIVA (Sume líneas 26 y 27 menos línea 28 ó 29, la que aplique. Si es menos de cero, anote cero) ........ | (17) | 920 00 |
| 31. CONTRIBUCION RETENIDA O PAGADA: | | |
| A) Mediante retención sobre salarios (Sume las líneas 1A y 1C del Encasillado 2) ....... (18) 2,425 00 | | |
| B) Mediante retención sobre anualidades y pensiones (Anejo H Individuo, Parte II, línea 13) ....... (19) 00 | | |
| C) Otros pagos y retenciones (Anejo B Individuo, Parte III, línea 18) ....... (20) 00 | | |
| D) Total Contribución Retenida o Pagada (Sume líneas 31A a la 31C) ........ | (21) | 2,425 00 |
| 32. TOTAL NO PAGADO DE LA CONTRIBUCION (Si la línea 31D es menor que la línea 30, anote diferencia aquí, de lo contrario, en línea 36) ........ | (22) | 00 |
| 33. Menos: Cantidad pagada con prórroga automática ........ | (23) | 00 |
| 34. BALANCE PENDIENTE DE PAGO (Si la línea 32 es mayor que la línea 33, anote la diferencia aquí, de lo contrario, en la línea 36) ........ | (24) | 00 |
| 35. Adición a la Contribución por Falta de Pago de la Contribución Estimada (Anejo T Individuo, Parte IV, línea 34) ........ | (25) | 00 |
| 36. Menos: Exceso de contribución Retenida o Pagada ........ | (26) | 00 |
| 37. Menos: Cantidad pagada (a) Con Planilla o Transferencia Electrónica a través de Planillas En Línea ........ | (27) | 00 |
| (b) Otras Transferencias Electrónicas (Núm. de Transacción: _____ ) ........ | (28) | 00 |
| (c) Intereses ....... (29) 00 | | |
| (d) Recargos _____ y Penalidades _____ ....... (30) 00 | | |
| 38. BALANCE PENDIENTE DE PAGO (Sume líneas 34 y 35 menos líneas 36, 37(a) y 37(b) y anote aquí. Si es menos de cero, anote la diferencia en la línea 39) ........ | (31) | 00 |
| 39. CONTRIBUCION PAGADA EN EXCESO (Sume líneas 30 y 35 menos líneas 31D y 33. Indique distribución en la línea A o B) ........ | (32) | 1,505 00 |
| A) Acreditar a la contribución estimada 2006 ........ | (33) | 00 |
| B) A REINTEGRAR (Si desea que se le deposite el reintegro directamente en una cuenta, complete el Encasillado 5) ........ | (40) | 1,505 00 |

**Encasillado 5**

AUTORIZACION PARA DEPOSITO DIRECTO DE REINTEGRO

Tipo de cuenta    Número de ruta/tránsito    Número de su cuenta

○ Cheques   ○ Ahorros   ☐☐☐☐☐☐☐☐☐   ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Cuenta a nombre de: _____ y _____
(Nombre completo en letra de molde según aparece en su cuenta. Si es casado y rinde planilla conjunta, incluya el nombre del cónyuge)

Declaro bajo penalidad de perjurio que esta planilla (incluyendo los estados, anejos y demás documentos que se acompañan) ha sido examinada por mí y que según mi mejor información y creencia es cierta, correcta y completa. También declaro que he proporcionado más del 50% del sustento a todos los dependientes reclamados. La declaración de la persona que prepara esta planilla (excepto el contribuyente) es con respecto a la información disponible y dicha información ha sido verificada.

| Firma del Contribuyente | Fecha | Firma del Cónyuge | Fecha |
|---|---|---|---|
| [signature] | 2-2-6 | [signature] | |
| Nombre del Especialista (Letra de Molde) ANGEL M FIGUEROA CARRILLO | | Nombre de la Firma o Negocio | |
| Dirección CALLE 8 L-2 BRISAS DEL MAR LUQUILLO, PR   Código Postal 00773- | Número de Registro 16090 Especialista por cuenta propia (ennegrezca aquí) ● | Número de Identificación Patronal Firma del Especialista [signature] | Fecha 2-2-6 |

NOTA AL CONTRIBUYENTE:
Indique si hizo pagos por la preparación de su planilla:   ○ Sí   ○ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.
Período de Conservación: Diez (10) años          Computer Expert Group

Rev. 05.05

# DEDUCCIONES DETALLADAS Y ADICIONALES

**2005**

Año contributivo comenzado el __1__ de __1__ de 2005 y terminado el __31__ de __12__ de 2005

Nombre del contribuyente: **LUIS E. HERNANDEZ REYES**

Número de Seguro Social: **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**

## Parte I — Deducciones Detalladas (Véanse instrucciones)

1. **Intereses hipotecarios**

| Nombre de la entidad a quien hizo el pago | Hipoteca | Número del Préstamo | Núm. Ident. Patronal | Importe | |
|---|---|---|---|---|---|
| Primera residencia: DORAL FINANCIAL | Primera | 30043340 | (01) 66-0312162 | 5,573 00 | (05) |
|  | Segunda |  | (02) |  00 | (06) |
| Segunda residencia: | Primera |  | (03) |  00 | (07) |
|  | Segunda |  | (04) |  00 | (08) |
| Honorarios de Origen del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) |  |  |  |  00 | (09) |
| Descuentos del Préstamo (Puntos) Pagados Directamente por el Deudor (Véanse instrucciones) |  |  |  |  00 | (10) |

Total intereses hipotecarios pagados .................................................. (11) **5,573 00**

2. Tablillas de auto pagadas para uso personal (Véanse instrucciones) ............ (12) 00
3. Gastos incurridos en el cuido de hijos (Véanse instrucciones. $1,200-un hijo; $2,400-dos o más hijos) ... (13) 00
4. Gastos incurridos en el cuido de personas de edad avanzada (Véanse instrucciones) ... (14) 00
5. Alquiler pagado (Número seguro social del arrendador: _____ ) (15) ........ (16) 00
6. Contribuciones sobre la propiedad que constituye su residencia principal ...... (17) 00
7. Pérdida de su residencia principal debido a causas fortuitas (Véanse instrucciones) (18) 00
8. Gastos médicos (Anejo J Individuo, línea 4) ................................... (19) 00
9. Donativos (Anejo J Individuo, línea 11) ....................................... (20) 00
10. Pérdida de bienes muebles por ciertas causas fortuitas (Véanse instrucciones) (21) 00
11. Gastos por molinos de viento .................................................. (22) 00
12. Gastos de equipo de asistencia tecnológica para personas con impedimentos, tratamiento especializado o enfermedad crónica: Ennegrezca: (23) ○ 1 Contribuyente  ○ 2 Esposa  ○ 3 Otros ............ (24) 00
13. Gastos incurridos para la educación de dependientes .......................... (25) 00
14. Gastos por equipo solar ....................................................... (26) 00
15. Intereses sobre préstamos estudiantiles a nivel universitario (Véanse instrucciones):

| Inst. financiera | Núm. préstamo | Núm. Ident. Patronal | Importe |
|---|---|---|---|
|  | (27) | (29) |  |
|  | (28) | (30) |  |

Total intereses sobre préstamos estudiantiles pagados ....................... (31) 00

16. Aportaciones al Fondo para Servicios contra Enfermedades Catastróficas Remediables (Véanse instrucciones) ... (32) 00
17. **Total deducciones detalladas** (Sume líneas 1 a la 16 y traslade al Encasillado 3, línea 7 de la planilla) ... (35) **5,573 00**

## Parte II — Deducciones Adicionales (Véanse instrucciones)

1. Aportaciones a cuentas de retiro individual (No exceder de $5,000 ó $10,000 si es casado):

| Inst. financiera | Núm cuenta | Núm. Ident. Patronal | Importe |
|---|---|---|---|
|  | (36) | (39) |  |
|  | (37) | (40) |  |
|  | (38) | (41) |  |

Total aportaciones a cuentas de retiro individual pagadas .................... (42) 00

2. Aportaciones a sistemas gubernamentales de pensiones o retiro ................ (43) 00
3. Casados cuando ambos trabajan (Véanse instrucciones) ......................... (44) **3,000 00**
4. Veteranos (Véanse instrucciones) .............................................. (45) 00
5. Gastos ordinarios y necesarios (Anejo I Individuo, línea 8) .................. (46) **806 00**
6. Intereses de préstamo de automóvil (No exceder de $1,200): Banco _____ Núm. préstamo _____ Núm. Ident. Patronal (47) ............. (48) 00
7. Jóvenes que trabajan (Véanse instrucciones) ................................... (49) 00
8. Cuenta de Aportación Educativa (Anejo A1 Individuo, Parte II, línea (10)) (Véanse instrucciones) ... (50) 00
9. Adquisición e instalación de computadora personal para uso de dependientes (Véanse instrucciones) ... (51) 00
10. **Total deducciones adicionales** (Sume líneas 1 a la 9 y traslade al Encasillado 3, línea 9 de la planilla) ... (55) **3,806 00**

Periodo de Conservación: Diez (10) años

Computer Expert Group

**Anejo A1 Individuo**
Rev. 05.05

# DEPENDIENTES Y BENEFICIARIOS DE CUENTAS DE APORTACION EDUCATIVA

**2005**

Año contributivo comenzado el 1 de 1 de 2005 y terminado el 31 de 12 de 2005

**Nombre del contribuyente:** LUIS E. HERNANDEZ REYES

**Número de Seguro Social:** 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

## Parte I — Información sobre Dependientes (Véanse instrucciones) ⑤⑤

**INFORMACION IMPORTANTE PARTE I**

☞ No incluya al cónyuge en este anejo. Un individuo casado que vive con su cónyuge no es jefe de familia para fines contributivos, por lo que no debe incluir el nombre de la esposa en el encasillado de jefatura (línea 01).

☞ Si reclama el estado personal de jefe de familia, incluya al dependiente que le da dicho derecho en la línea de Jefatura (01), pero no reclame la exención por este dependiente.

☞ Acompañe este Anejo con su planilla para poder considerar la exención por dependientes.

| Jefatura (01) | Nombre, Inicial | Apellido Paterno | Apellido Materno | Parentesco | Categoría | Fecha de Nacimiento | Número de Seguro Social |
|---|---|---|---|---|---|---|---|
| | | NO CONTRIBUYENTE / NO CONYUGE | | | J | | |

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Parentesco | Categoría* (N)(U)(I) | Fecha de Nacimiento Día/Mes/Año | Número de Seguro Social |
|---|---|---|---|---|---|---|---|
| (02) | Eduardo | Hernández | Robles | Hijo | U | 08/01/1987 | 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 |
| (03) | | | | | | | |
| (04) | | | | | | | |
| (05) | | | | | | | |
| (06) | | | | | | | |
| (07) | | | | | | | |
| (08) | | | | | | | |
| (09) | | | | | | | |
| (10) | | | | | | | |

## Parte II — Beneficiarios de Cuentas de Aportación Educativa (Véanse instrucciones) 

**INFORMACION IMPORTANTE PARTE II**

☞ Estos beneficiarios no deberán considerarse al determinar la exención por dependientes. No obstante, si alguno de estos beneficiarios cualifica como su dependiente, deberá incluirlo también en la Parte I de este Anejo.

| | Nombre, Inicial | Apellido Paterno | Apellido Materno | Fecha de Nacimiento Día/Mes/Año | Parentesco | Número de Seguro Social | Cantidad Aportada |
|---|---|---|---|---|---|---|---|
| (01) | | | | | | | 00 |
| (02) | | | | | | | 00 |
| (03) | | | | | | | 00 |
| (04) | | | | | | | 00 |
| (05) | | | | | | | 00 |
| (10) | **Total aportaciones** (Sume líneas (01) a la (05) y traslade al Anejo A Individuo, Parte II, línea 8 de la Forma Larga) | | | | | | 00 |

Véanse instrucciones     Período de Conservación: Diez (10) años     Computer Expert Group

**Anejo B Individuo**
Rev. 05.05

**RECOBRO DE CREDITO RECLAMADO EN EXCESO, CREDITOS CONTRIBUTIVOS, Y OTROS PAGOS Y RETENCIONES**

**2005**

Año contributivo comenzado el __1__ de __1__ de 2005 y terminado el __31__ de __12__ de 2005

Nombre del contribuyente: LUIS E. HERNANDEZ REYES
Número de Seguro Social: 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

## Parte I — Recobro de Crédito por Inversión y por Servidumbre de Conservación Reclamado en Exceso

(20)

| | Columna A | Columna B | Columna C |
|---|---|---|---|
| Nombre de la entidad: | | | |
| Núm. de identificación patronal: | (01) | (03) | (05) |
| Crédito por: | (02) | (04) | (06) |
| Desarrollo Turístico | 1 ○ | 1 ○ | 1 ○ |
| Desperdicios Sólidos | 2 ○ | 2 ○ | 2 ○ |
| Incentivos Agrícolas | 3 ○ | 3 ○ | 3 ○ |
| Fondo de Capital de Inversión | 4 ○ | 4 ○ | 4 ○ |
| Distrito Teatral de Santurce | 5 ○ | 5 ○ | 5 ○ |
| Desarrollo Industria Fílmica | 6 ○ | 6 ○ | 6 ○ |
| Infraestructura de Vivienda | 7 ○ | 7 ○ | 7 ○ |
| Construcción o Rehabilitación de Vivienda para Alquiler a Familias de Ingresos Bajos o Moderados | 8 ○ | 8 ○ | 8 ○ |
| Adquisición de un Negocio Exento en Proceso de Cerrar Operaciones en Puerto Rico | 9 ○ | 9 ○ | 9 ○ |
| Servidumbre de Conservación | 10 ○ | 10 ○ | 10 ○ |
| Otra: | 11 ○ | 11 ○ | 11 ○ |

1. Total de crédito reclamado en exceso ................................................ (07) |       | 00
2. **Recobro de crédito reclamado en exceso pagado en el año anterior, si aplica** .................... (08) |       | 00
3. **Recobro de crédito reclamado en exceso a pagar este año** (Traslade al Encasillado 4, línea 27 de la planilla. Véanse instrucciones) .................... (09) |       | 00
4. Exceso de crédito adeudado para el próximo año, si aplica (Línea 1 menos líneas 2 y 3. Véanse instrucciones) .................... (10) |       | 00

## Parte II — Créditos Contributivos
(No incluya pagos de estimada. Incluya estos pagos en la Parte III de este Anejo)

1. Crédito por contribuciones pagadas a los Estados Unidos, sus posesiones y países extranjeros (Anejo C Individuo, Parte IV, línea 7) .................... (11) | | 00
2. Crédito por: (12) ○ 1 Sección 4(a) Ley 8 de 1987 y/o ○ 2 Sección 3(b) Ley 135 de 1997 (Véanse instrucciones) .................... (13) | | 00
3. Crédito por inversión Ley 362 de 1999: (14) ○ 1 Proyecto Fílmico y/o ○ 2 Proyecto Infraestructura (Véanse instrucciones) .................... (15) | | 00
4. Crédito por inversión en el Fondo de Capital de Inversión, de Turismo u otros fondos o directamente (Someta Anejo Q) (Véanse instrucciones) .................... (16) | | 00
5. Crédito atribuible a pérdidas en el Fondo de Capital de Inversión, de Turismo u otros fondos (Someta Anejo Q y Q1) .................... (17) | | 00
6. Crédito por aportación a Fundación Educativa para la Libre Selección de Escuelas (Véanse instrucciones) .................... (18) | | 00
7. Crédito por pagos de Certificados de Membresía por parte de Miembros Ordinarios y Extraordinarios de Corporación Especial Propiedad de Trabajadores (Véanse instrucciones) .................... (19) | | 00
8. Crédito por la compra de créditos contributivos (Complete Parte IV) (Véanse instrucciones) .................... (20) | | 00
9. Crédito por inversión en infraestructura de vivienda (Véanse instrucciones) .................... (21) | | 00
10. Crédito por inversión en la construcción o rehabilitación de vivienda para alquiler a familias de ingresos bajos o moderados (Véanse instrucciones) .................... (22) | | 00
11. Crédito por inversión en construcción en centros urbanos (Véanse instrucciones) .................... (23) | | 00
12. Crédito para comerciantes afectados por la revitalización de los cascos urbanos (Véanse instrucciones) .................... (24) | | 00
13. Crédito para inversionistas que adquieran un negocio exento que esté por cerrar operaciones en P.R. (Véanse inst.) .................... (25) | | 00
14. Crédito por compras de productos manufacturados en Puerto Rico y del Agro Puertorriqueño (Someta Anejo B1 Individuo) .................... (26) | | 00
15. Crédito por donativos al Patronato del Palacio de Santa Catalina (Véanse instrucciones) .................... (27) | | 00
16. Crédito por constitución de servidumbre de conservación elegible o donación de terreno elegible (Véanse instrucciones) .................... (28) | | 00
17. Crédito para personas asalariadas o pensionadas (Véanse instrucciones) .................... (29) | 150 | 00
18. Exención a personas que operen como librero (Véanse instrucciones) .................... (30) | | 00
19. Créditos arrastrados de años anteriores (Someta detalle) .................... (31) | | 00
20. Otros créditos no incluidos en las líneas anteriores (Someta detalle) (Véanse instrucciones) .................... (32) | | 00
21. Total Créditos Contributivos (Sume líneas 1 a la 20) .................... (33) | 150 | 00
22. Total contribución determinada (Encasillado 4, línea 26 de la planilla) .................... (34) | 1,070 | 00
23. **Crédito a ser reclamado** (La menor de la línea 21 ó 22. Traslade a la página 2, Encasillado 4, línea 29 de la planilla) .................... (35) | 150 | 00
24. Créditos arrastrables (Someta detalle) .................... (40) | | 00

Período de Conservación: Diez (10) años

Computer Expert Group

| Parte III | | |
|---|---|---|
| 1. Pagos de contribución estimada para el año 2005 ................................................. | (41) | 00 |
| 2. Contribución pagada en exceso en años anteriores acreditada a la contribución estimada ................. | (42) | 00 |
| 3. Contribución retenida a no residentes (Formulario 480.6C) ........................................ | (43) | 00 |
| 4. Contribución retenida sobre intereses (Anejo F Individuo, Parte I, línea 8) ........................... | (44) | 00 |
| 5. Dividendos de corporaciones o distribuciones de sociedades (Anejo F Individuo, Parte II, línea 5A) ..... | (45) | 00 |
| 6. Dividendos de corporaciones o distribuciones de sociedades que operan bajo la Ley Num. 8 de 1987 (Formulario 480.6B):  ◯ 10%  ◯ 5%  ◯ 2% ............................................. | (46) | 00 |
| 7. Dividendos de Fondo de Capital de Inversión o de Turismo (Someta Anejo Q1) ...................... | (47) | 00 |
| 8. Servicios prestados por individuos (Formulario 480.6B) ........................................... | (48) | 00 |
| 9. Pagos por indemnización judicial o extrajudicial (Formulario 480.6B) ............................... | (49) | 00 |
| 10. Contribución retenida en el origen sobre la participación distribuible a accionistas de corporaciones de individuos (Formulario 480.6 CI) .................................................................. | (50) | 00 |
| 11. Contribución retenida en el origen sobre la participación distribuible a socios de sociedades especiales (Formulario 480.6 SE) .................................................................................... | (51) | 00 |
| 12. Contribución retenida sobre distribuciones de IRA o Cuentas de Aportación Educativa que consistan de ingresos de fuentes dentro de P.R. (Formulario 480.7 y/o 480.7B) .................................................. | (52) | 00 |
| 13. Contribución retenida sobre distribuciones de IRA a pensionados del Gobierno (Formulario 480.7) ....... | (53) | 00 |
| 14. Contribución prepagada sobre distribuciones de IRA bajo la Sección 1169A (Formulario 480.7) ......... | (54) | 00 |
| 15. Contribución retenida en el origen sobre distribuciones de planes de pensiones cualificados (Formulario 480.6B) ..... | (55) | 00 |
| 16. Contribución retenida sobre distribuciones y transferencias del Programa de Cuentas de Ahorro para el Retiro (Formulario 480.6B) ........................................................................... | (56) | 00 |
| 17. Otros pagos y retenciones no incluidos en las líneas anteriores (Someta detalle) .................... | (57) | 00 |
| 18. **Total otros pagos y retenciones** (Sume líneas 1 a la 17. Traslade el total a la página 2, Encasillado 4, línea 31C de la planilla) ......................................................................... | (60) | 00 |

| Parte IV | Detalle de Compra de Créditos Contributivos |
|---|---|

Ennegrezca el óvalo correspondiente a la ley (o leyes) bajo la cual adquirió el crédito e indique la cantidad del mismo:

| | | |
|---|---|---|
| ◯ Desarrollo Turístico ................................................................................. | (61) | 00 |
| ◯ Desperdicios Sólidos .............................................................................. | (62) | 00 |
| ◯ Incentivos Agrícolas ............................................................................... | (63) | 00 |
| ◯ Fondo de Capital de Inversión .................................................................... | (64) | 00 |
| ◯ Distrito Teatral de Santurce ....................................................................... | (65) | 00 |
| ◯ Desarrollo Industria Fílmica ....................................................................... | (66) | 00 |
| ◯ Infraestructura de Vivienda ....................................................................... | (67) | 00 |
| ◯ Construcción o Rehabilitación de Vivienda para Alquiler a Familias de Ingresos Bajos o Moderados ..... | (68) | 00 |
| ◯ Servidumbre de Conservación .................................................................... | (69) | 00 |
| ◯ Revitalización de los Centros Urbanos ........................................................... | (70) | 00 |
| ◯ Adquisición de un Negocio Exento en Proceso de Cerrar Operaciones en Puerto Rico ............. | (71) | 00 |
| ◯ Otra: _____ | (72) | 00 |
| Total crédito por la compra de créditos contributivos (Igual a Parte II, línea 8) ........................... | (75) | 00 |

Período de Conservación: Diez (10) años

Computer Expert Group

Anejo I Individuo
Rev. 05.05

**GASTOS ORDINARIOS Y NECESARIOS**

**2005**

Año contributivo comenzado el __1__ de __1__ de __2005__ y terminado el __31__ de __12__ de __2005__

Nombre del contribuyente: LUIS E. HERNANDEZ REYES

Número de Seguro Social: 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

### Parte I — Detalle de Gastos (Véanse instrucciones)

1. Comidas y entretenimiento
   - A. Total de gastos incurridos o pagados .................................................. (01) _____ 00
   - B. Reembolso de gastos (comidas y entretenimiento) ............................ (02) _____ 00
   - C. Diferencia (Si la línea 1B excede la línea 1A, anote el exceso aquí y en el Anejo F Individuo, Parte VI) ...... (03) _____ 00
   - D. Diferencia (Si la línea 1A excede la línea 1B, anote el exceso aquí) ... (04) _____ 00
   - E. Anote el 50% de la línea 1D (Véanse instrucciones) .......................... (05) _____ 00

2. Otros gastos
   - A. Costo y mantenimiento de uniformes ................................. (11) 806 00
   - B. Cuotas de uniones, colegiaciones y asociaciones profesionales ....... (12) ____ 00
   - C. Compra de materiales didácticos por educadores ....................... (13) ____ 00
   - D. Compra de libros técnicos propios de la profesión u oficio ............. (14) ____ 00
   - E. Gastos de educación y mejoramiento de la profesión u oficio .......... (15) ____ 00
   - F. Depreciación (Parte II de este Anejo) ................................. (16) ____ 00
   - G. Otros gastos de la profesión u oficio .................................. (17) ____ 00
   - H. Total otros gastos (Sume líneas 2A a la 2G. Anote el total aquí) ...... (18) 806 00
   - I. Reembolso de otros gastos .............................................. (19) ____ 00
   - J. Diferencia (Si la cantidad en la línea 2 I excede la cantidad de la línea 2H, anote el exceso aquí y en el Anejo F Individuo, Parte VI. De lo contrario, pase a la línea 2K) ...... (20) ____ 00
   - K. Si la línea 2H excede la cantidad en la línea 2 I, anote el exceso en esta línea ...... (30) 806 00

3. Total gastos ordinarios y necesarios (Sume líneas 1E y 2K. Anote la cantidad en esta línea) ...... (31) 806 00

4. Sueldos, Comisiones, Concesiones y Propinas (Encasillado 2, línea 1B de la Forma Larga) ...... (32) 26,880 00

5. Salarios Gobierno Federal (Encasillado 2, línea 1C de la Forma Larga) ...... (33) ____ 00

6. Total salarios (Sume líneas 4 y 5) ...... (34) 26,880 00

7. Multiplique la línea 6 por 3% y anote aquí ...... (35) 806 00

8. **Deducción por gastos ordinarios y necesarios** (Anote aquí y en el Anejo A Individuo, Parte II, línea 5 la menor de las siguientes cantidades: línea 3, línea 7, ó hasta el límite de $1,500 ($750 si es casado que rinde planilla separada)) ...... (40) 806 00

Período de Conservación: Diez (10) años

Computer Expert Group